IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**FILED BY**

JUL 14 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | |
|---|---|
| WILLIE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-1047-T-An |
| ) | |
| TENNESSEE DEPARTMENT ) | |
| OF CORRECTION, ) | |
| ) | |
| Defendant. ) | |

### ORDER DENYING MOTION TO SET

Plaintiff, a prisoner, filed this *pro se* action on February 23, 2005. He has now filed a motion, asking that "these filings be heard as soon as possible or at this court's earliest convenience." Plaintiff's complaint has been submitted for screening pursuant to the local rules of this court. Plaintiff will be notified of the court's decision in due course. Accordingly, the motion to set is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

14 July 2005
_____
DATE

This document entered on the docket sheet in compliance
n Rule 58 and/or 79 (a) FRCP on  07-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01047 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Willie Alexander
Northwest Correction Center
#114357
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT